# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHERINE MORLEY LIEBERMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 13-CV-300-JED-TLW |
| ) | |
| **NATIONAL CASUALTY COMPANY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT OF DISMISSAL

The Court has granted defendant's motion to dismiss and dismissed plaintiff's complaint with prejudice. This is a final order terminating the case.

The parties shall bear their own costs.

**SO ORDERED** this 4th day of March, 2014.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE